E-FILED
Tuesday, 15 December, 2020 04:57:35 PM
Clerk, U.S. District Court, ILCD

**PLAINTIFFS COMPLAINT IN FILNG
UNDER THE EQUAL AMPLOYMENT OPPORTUNITY ACT,
42 U.S.C. Chapter 21, Subchapter VI**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT of ILLINOIS
SPRINGFIELD DIVISION



DEC 1 4 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jodi Andrews, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| Michel Concrete Construction | ) |
| c/o Kristine Phillips, Attorney | ) |
| O'Hagan Meyer LLC | ) |
| 1 East Wacker Drive, Suite 3400 | ) |
| Chicago, Illinois 60601 | ) |
| | ) |
| Defendant | ) |

20 - 3331

## COMPLAINT

Jodi Marie Andrews
1007 North 5th Street
Springfield, Illinois 62702
(217)761-7682

As an employee of Michel Concrete Construction, I was harassed at work because of my sex and race, verbally abused, and treated in violation of the Americans with Disabilities Act of 1990.

Hired by Michel Concrete Construction in 2015, I experienced sexual harassment frequently. Some of the male employees made lewd comments and gestures. Rather than reprimand the men, I was not allowed to work on the job sites but restricted to the shop and deliveries.

On one occasion, Mary Wilson, co-owner, asked if I had seen "Gone with the Wind" and told me it had something to do as my job description and because I addressed her as Miss Mary, and the men as Mr.

___. The following day, I asked her what she meant, and she began yelling that I was calling her racist. Jeff Wilson, co-owner, told Mary that she shouldn't bring that up because they could get into trouble.

The defendant Mary Wilson of Michel Concrete Construction became verbally abusive to me following my work-related injury in the presence of coworkers Pat Birdsell (217/801-6837), John Flurry (217/416-2883), and Mike Yucus (217/414-4774) on numerous occasions. She threatened to fire me, take money out of my paycheck, and demand that I perform work in violation of my work restriction after telling Mohawk Clinic they had light duty jobs I could perform. The attached text messages will indicate that the work assigned was not light duty. Scott Sims, dispatcher, and Juan, foreman, at the direction of Mary assigned work to me. I was told by Ms. Wilson I could not ask the men for help. I performed the work to the best of my abilities for fear of losing my job.

I was invited to an appreciation event in Scottville for completing a grain bin. Unsure of what to wear, I asked Jacob Winger, foreman. His replied that Jeff and Mary would not be present and to "just make sure that ur tits and kitty cat are covered" (see attached).

I received a letter from Counsel for Michel Concrete Company on April 17, 2019 where I was told I would be forgiven a $950.00 advance if I dropped the EEOC complaint. If I did not, Michel would take the next steps to enforce the funds I owed.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 440-2019-02474 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Jodi Andrews** | **(217) 761-7682** | **1968** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **1007 North 5th Street, Springfield, IL 62702** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **MICHEL CONCRETE CONSTRUCTION** | **15 - 100** | **(217) 698-9800** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **3101 Great Northern Road,  Springfield, IL 62711** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | RECEIVED EEOC | |
| | FEB 2 1 2019 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | CHICAGO DISTRICT OFFICE | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                          09-30-2018

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about September 15, 2015. My current position is Expediter. Respondent is aware of my disability. During my employment, I requested a reasonable accommodation which has not been provided. I have been subjected to harassment. I have also been subjected to different terms and conditions of employment, including, but not limited to, not being allowed to work on job sites. I complained to Respondent to no avail. Subsequently, I have been subjected to further harassment.

I believe I have been discriminated against because of my race, Black, and my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X _____ Date _____   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

To:   **Jodi Andrews**
      **1007 North 5th Street**
      **Springfield, IL 62702**

From:  **Chicago District Office**
       **230 S. Dearborn**
       **Suite 1866**
       **Chicago, IL 60604**

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2019-02474 | **Seth Sinclair,**<br>**Investigator** | **(312) 872-9730** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/np*                                               9/14/2020

Enclosures(s)

**Julianne Bowman,**                                          (Date Mailed)
**District Director**

cc:   **MICHEL CONCRETE CONSTRUCTION**
      **c/o Kristine Phillips, Attorney**
      **O'Hagan Meyer LLC**
      **1 East Wacker Drive, Suite 3400**
      **Chicago, IL 60601**

# O'HAGAN MEYER

ATTORNEYS ADVISORS

Sukrat A. Baber
312.422.6100 OFFICE
312.422.6164 DIRECT
312.422.6110   FAX
sbaber@ohaganmeyer.com
* licensed in Illinois and Indiana

Ms. Jodi Andrews
1007 N. 5th Street
Springfield, IL 62702

April 17, 2019

Ms. Andrews,

This will memorialize our offer of waiving the $950 you owe to Michel Concrete Construction, Inc. ("Michel") in exchange for withdrawal of your EEOC Charge against Michel and a full release of all claims (notwithstanding your worker's compensation claim). Please advise within seven (7) days of your response, or the offer will be deemed withdrawn. If we cannot resolve your EEOC Charge, Michel will take next steps to enforce the funds you owe it.

Sincerely,

Sukrat A. Baber

SAB/mm


No they won't they said Workmen's Comp. was supposed to cover all the days that I missed I'm just getting tired of Mary and always yelling and bitching at me

And you know what I'm saying he be yelling at me in front of y'all

Yeah shes good at that shit shes out here talking shit to these guys

Do you think it's right how she treats me

Thats bull its like she tries to belittle people and i dont think

   Text Me... 

 Sprint 3G  **12:35 AM**  47% 

< 46  **Pat**  

supposed to cover all
the days that I missed
I'm just getting tired of
Mary and always yelling
and bitching at me

And you know what I'm
saying he be yelling at
me in front of y'all

Yeah shes good at that
shit shes out here
talking shit to these
guys

Do you think it's right
how she treats me

Thats bull its like she
tries to belittle
people.and i dont think
she sees it like that

   Text Me... 

 •••○○ Sprint  3G     **12:35 AM**      47% 

< 46                    **Pat**                    ⓘ

guys

Do you think it's right
how she treats me

Thats bull its like she
tries to belittle
people.and i dont think
she sees it like that

No it isnt right

Take care we re going
back if you need
anything i can help with
give me a shout

Then she tried to tell
Jeff that she never yells
at me in front of people
or try to embarrass me

Too many times with her

     Text Me... 

●●●○○ Sprint 3G        **12:35 AM**        47% 🔋

 46        **Scott**        

Mon, Sep 24, 7:27 AM



Sent as Text Message



Read 9/24/18

    Text Me... 



●●●○○ Sprint  1x          **12:37 AM**          46% 🔋

< 46                    **Scott**                ⓘ

wanted to let you know
I'm sick with the shakes

Ok. Hope u get to
feeling better

Thank u..I never took
steroids in my life

Wed, Aug 29, 6:05 AM

I will not be in Sorry

K

Thu, Aug 30, 5:42 AM

I will not be in

Ok thanks.

Fri, Aug 31, 5:26 AM

    Text Me... 



 Sprint 3G    **12:38 AM**    45% ▪️

< 46        **Scott**        ⓘ

needs those steel saw
horses. Thank

Wed, Aug 15, 1:09 PM



7400 Torrington Way      ›

If Jodi not busy. Can
she bring a sliding glass
for egress. One was
broken when I installed.
and plastic covers
please
2 egress n 1-2x3



●●●○○ Sprint  3G      **12:39 AM**          45% 🔋

< 46              **Scott**            ⓘ

Mon, Aug 13, 10:43 AM

Need fuel taken to
airport pls.



I'm at the gate

K

Hayes needs fuel on
Gabriel rd pls

   

 Sprint  3G     **12:40 AM**      45% 

< 46              **Scott**

Mon, Aug 6, 9:04 AM

904 in

Ok. I have a few things
for u to round up and
take to Virginia.

Dave needs fuel for hoe.

Dave needs 15 gal or
regular diesel fuel for
conveyor

Dave needs a bundle of
8" ties

Dave needs 100 safety
caps.

Te regular diesel fuel
will need to be put in

   Text Me... 

 Sprint  3G    **12:40 AM**    45% 

< 46    **Scott**    (i)

K

Fri, Jul 27, 4:12 PM

412 out

Mon, Jul 30, 8:36 AM

836 in

K

Mon, Jul 30, 12:24 PM

I need fuel taken to Dave in Virginia il pls. Thanks.

And I'm being told u can drive on the road also now

I get that

    

 Sprint  3G    **12:42 AM**    44% 🔋

‹ 46    **Scott**    

I'll be in at 9

Mon, Jul 9, 7:58 AM



I won't be in my hand and fingers are too swollen

Tue, Jul 10, 4:36 AM

I will not be in today

K

Wed, Jul 11, 6:17 AM

   Text Me... 

●●●●● Sprint  3G      12:42 AM          43% ▮▭

‹ 46                    **Scott**              ⓘ

908 in

K

Thu, Jun 28, 10:51 AM

Need u to take Juan. 3
5gallon puns/wedges
from trailer please in
stone creek pls

K

Thu, Jun 28, 4:39 PM

438 out

Fri, Jun 29, 5:18 AM

I will not be in

K

◯  ♥  Ⓐ    Text Me    ↑

 Sprint  3G        12:45 AM        43% 🔋

‹ 46                    **Scott**                    ⓘ

Need u to take a truck
and pick up a big
packer I have on hold
from united rentals on
Dirksen pls. They close
at 4 so need to go soon

K

I got the truck
unhooked by myself I'm
proud of myself



Tue, Jun 19, 4:23 PM

423 out

Wed, Jun 20, 5:41 AM

    

 Sprint  3G      **12:46 AM**      43% 🔋

< 46              **Scott**              

K

Tue, Jun 19, 9:05 AM

905 in

K

Tue, Jun 19, 10:25 AM

Mr. Scott can you
please come help me
thank you

Yep

Tue, Jun 19, 11:39 AM

Mr. Scott I only found
three containers and I'm
filling them up right now

Ok He might need a

       Text Me... 

●●●○○ Sprint  3G     **12:47 AM**          42% 🔋

< 46            **Scott**              ⓘ

K

Tue, Jun 5, 3:59 PM

359 out

K

Wed, Jun 6, 5:46 AM

546 in

K

620 out Scott I'm sick
as hell and I'm out of
here I don't feel good so
I won't be on today

K

Thu, Jun 7, 5:38 AM

    Text Me... 

 Sprint 3G    12:47 AM    42% 

< 46    **Scott**    ⓘ

Mon, Jun 4, 1:41 PM

Need u to take 2 full
sheets of 2" insulation
to Jacob pls.

3 sheets not 2 my bad

K

Mary would like u to
help unload tile wen u
get back.

Does Ms Mary realize I
only got one hand to
work with

I don't know how she
couldn't.

Lol

    

●●●●○ Sprint  3G          12:47 AM                    42% ▣▸

<                     **Scott**                    

Mon, Jun 4, 7:00 AM

> 700 out

K

Mon, Jun 4, 8:32 AM



51 Fairview Ln                    >

When u get in Jacob
would like (25) 2x4s
that are 4' long or
longer pls. Thanks.


K

902 in

       Text Me... 

●●●●○ Sprint  3G     **12:48 AM**          42% 🔲

< 46               **Scott**            (i)

Thu, May 31, 10:29 AM

On my way!

K

11 in

K. I need the 18" bucket
taken to Jacob ASAP.
He asked for it around
930



305 1st St              >

 **Ms Mary** 

Thu, Sep 20, 1:04 PM

Sorry you are still not feeling well. Hope you will be back soon. In the meantime, insurance company is asking if you have a written note from doctor showing that you cannot work. The last note I have is from er saying you should not return to work until 9/13. If there is a new note, please send and I will forward on for you.

Fri, Sep 21, 10:40 AM



        

●●●●○ Sprint   3G        **12:50 AM**           41% ▬

‹ 46              **Ms Mary**              

Fri, Sep 21, 10:40 AM



Please try to resend, as
the picture is cut off on
the bottom and side.
Thanks



         Text Me...   

 Sprint 3G    12:50 AM    41% 🔋

< 46    **Ms Mary**    

the picture is cut off on the bottom and side. Thanks



Much better. Thank you. I will send on to insurance company.



   Text Me... 

●●●●○ Sprint  3G    12:50 AM    41% 🔋

 **Ms Mary** 

Much better. Thank you.
I will send on to
insurance company.



Mon, Sep 24, 7:27 AM



Delivered

Thanks

    

 **Juan** 



Mon, May 21, 7:26 PM

ON TRUCK IN
MORNING
I need 2-1ft x 8inch
ledge
1 bundle whaler ties
1bundle regular ties
Check n top yellow
container form oil
16 L bars
6-3inch wheeps-18
inch long.
2-4inch wheeps-18inch
long.


FOR SHOP
you need to buy more
chalk from mathys
kelley. We are out.
Box of 3 inch screws

    

 **Juan** 

container form oil
16 L bars
6-3inch wheeps-18
inch long.
2-4inch wheeps-18inch
long.

FOR SHOP
you need to buy more
chalk from mathys
kelley. We are out.
Box of 3 inch screws.
Make sure is for Phillips
bit

Also in need 2-
wheelbarrows. Good
ones on my truck when I
get there.

Tue, May 22, 5:51 AM

Whatsize whaler ties

   iMessage 

●●●○○ Sprint 3G    **12:56 AM**     39% ▮▭

      **Pat**      

When is the last day

I ve been done for 2 weeks

What ?they bogus and no severance pay

No.lol no christmas bonus either

Did scoop go to bat for ya

I really dislike Mary but in the end I'm going to win with her lying the dr said I will never have full functions of my hand

My lawyer is waiting to

     Text Me... 

●●●○○ Sprint  3G  **1:00 AM**  37% 🔋

< 46  **Jacob**  ⓘ 

I'm sorry u were upset

Thank you Jacob that means a lot

Wed, May 16, 3:47 PM

U going sat for lunch in Scottvulle

Yes

Probably need directions on where it is..

Dear it's the grain bin I just finished u brought fuel and turnbuckles there

Ok I know we are now in LOL

   Text Me... 

 Sprint 3G     1:00 AM     37% 

**Jacob**     

Ok I know we are now in LOL

U even asked me what to wear

Lol

No Jeff no mary just make sure ur tits and kitty cat are covered

lol I'll dress comfortable

It's not work so shorts are ok

Yea

Tue, May 29, 2:17 PM

    Text Me...