28231-KSP/BWW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DIVISION OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| JODI ANDREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:20-cv-3331 |
| v. | ) |
| | ) |
| MICHEL CONCRETE CONSTRUCTION, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR FEES

Pursuant to Rule 37(a)(3)(A and B) of the Federal Rules of Civil Procedure Defendant, Michel Concrete Construction ("Michel"), by and through its attorneys, O'HAGAN MEYER, LLC, respectfully moves this Court to compel Plaintiff, Jodi Andrews, to pay the attorney's fees in the amount of $651.00, incurred in filing its motion to compel Plaintiff to answer discovery. In support of said motion, Defendant states as follows:

### INTRODUCTION

On September 13, 2021, this court granted Defendant's motion to compel Plaintiff to respond to discovery. If a motion to compel discovery responses is granted--or if the disclosure or requested discovery is provided after the motion was filed--the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees. Fed. R. Civ. P. 37(a)(5)(A). The following are the attorney fees incurred related to the motion:

1. On July 6, 2021, attorney Bryan White performed a review and analysis of the issue raised by Plaintiff's failure to timely answer discovery to determine appropriate strategy for obtaining said answers. He billed .4 hours.

2. On July 30, 2021 attorney Bryan White had a telephone conference with Plaintiff regarding her failure to answer written discovery. He billed .3 hours.

3. On August 11, 2021 attorney Bryan White began drafting the motion to compel Plaintiff to respond to written discovery. He billed 1.5 hours.

4. On August 13, 2021 attorney Bryan White billed .6 hours for revising and editing the motion to compel.

5. On September 2, 2021 attorney Bryan White reviewed the status of the motion to compel to determine whether a response had been filed and what steps would need to be taken to obtain a ruling on the motion. He billed .3 hours.

6. In total, Mr. White billed 3.1 hours related to the filing of the motion to compel.

7. Mr. White billed his client $210.00 per hour for his time, totaling $651.00.

8. A true and accurate copy of an invoice for services related only to the subject motion to compel is attached hereto as Exhibit A.

9. No additional costs were incurred in the filing of the motion.

## CONCLUSION

For all the foregoing reasons, and for any other reasons that may appear to the Court, Defendant prays for an Order compelling Plaintiff to pay the attorney's fees in the amount of $651.00 incurred in filing its motion to compel Plaintiff to answer discovery, and granting such other and further relief as the Court deems just.

Respectfully submitted:

MICHEL CONCRETE CONSTRUCTION

By: /s/ *Bryan W. White*
    One of its attorneys
    O'HAGAN MEYER LLC

Kristine S. Phillips, Esq.
Bryan W. White, Esq.
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
kphillips@ohaganmeyer.com
bwhite@ohaganmeyer.com

27395-KSP/BWW

## **ATTORNEY CERTIFICATION**

    I, Bryan White, do herby certify that the attached invoice, prepared by the O'Hagan Meyer billing department, reflects the actual time and respective fees, expended by myself in pursuit of obtaining Plaintiff's responses to discovery in this matter and excludes other fees billed during same time frame for unrelated services.

                                          */s/ Bryan White*

27395-KSP/BWW

## CERTIFICATE OF SERVICE

  This is to certify that on this 1st day of October, 2021, I electronically filed **DEFENDANT'S MOTION FOR FEES** with the Clerk of Court using the CM/ECF system and served said document by mailing a copy to the below-named individual at the address listed below:

**PRO SE PLAINTIFF:**
Jodi Marie Andrews
1007 North 5th Street
Springfield, IL 62702

      */s/ Bryan W. White*
      Kristine S. Phillips
      Bryan W. White
      O'HAGAN MEYER LLC
      One E. Wacker Dr., Suite 3400
      Chicago, Illinois 60601
      PH:  312.422.6100
      FX:  312.422.6110
      kphillips@ohaganmeyer.com
      bwhite@ohaganmeyer.com
      ONE OF THE ATTORNEYS FOR DEFENDANT,
      MICHEL CONCRETE CONSTRUCTION