## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DIVISION OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| **JODI ANDREWS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case #: 3:20-cv-3331-SEM** |
| | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MICHEL CONCRETE CONSTRUCTION,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PLAINTIFF'S CERTIFICATE OF SERVICE

COMES now Jodi Andrews, *pro se*, ("Plaintiff") and certifies that Plaintiff served a true and correct copy of her Rule 26 Disclosures, Plaintiff's Responses to Defendant's First Interrogatories Directed to Plaintiff, and Plaintiff's Responses to Defendant's First Request for Production of Documents on Kristine S. Phillips and Bryan W. White, attorneys for Defendant, by depositing true and correct copies of the aforementioned documents in the United States Mail, postage prepaid, addressed to O'Hagan Meyer, LLC, One E. Wacker Drive, Suite 3400, Chicago, IL 60601, on this 27th day of September 2021.

Respectfully submitted,

/s/ Jodi Andrews

_____

Jodi Andrews, *pro se*
1007 N.5th Street
Springfield, IL 62702